UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **VANESSA SAINZ REYES, ET AL.**, | Case No.  4:26-cv-00664-YGR |
| Plaintiffs, |  |
| v. | **ORDER RE EMERGENCY MOTION TO COMPEL COMPLIANCE WITH TEMPORARY RESTRAINING ORDER** |
| **PAMELA BONDI, IN HER OFFICIAL CAPACITY AS UNITED STATES ATTORNEY GENERAL**, | Re: Dkt. No. 8 |
| Defendant. |  |

The Court is in receipt of plaintiffs' emergency motion to compel compliance with the temporary restraining order issued on January 22, 2026.

By no later than **12:00 P.M.** on **Monday, January, 26, 2026**, defendant is hereby **ORDERED** to file on the docket in this action a copy of the immigration judge's decision regarding plaintiffs' motion for expedited consideration. The parties are further **ORDERED** to meet and confer and, by no later than **12:00 P.M.** on **Tuesday, January, 27, 2026**, file a joint status update regarding defendant's compliance with the temporary restraining order and whether any further intervention is needed by the Court before the hearing scheduled for February 5, 2026.

The Clerk is directed to serve a courtesy copy of this Order via email on counsel for the parties.

**IT IS SO ORDERED.**

Dated:   January 25, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**